**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01239-NYW

MATTHEW RAY,

      Plaintiff,

v.

DISH NETWORK L.L.C.,
ECHOSPHERE L.L.C.,

      Defendants.

---

**ORDER**

---

Magistrate Judge Nina Y. Wang

This matter is before the court *sua sponte* on the Petition to Vacate Clause Construction Arbitration Award filed by Defendants DISH Network L.L.C. and Echosphere L.L.C. (collectively, "DISH" or "Defendants") [#8, filed January 28, 2016]. On June 11, 2015, Plaintiff Matthew Ray ("Plaintiff" or "Mr. Ray") initiated a case against Defendants, alleging violations of the Fair Labor Standards Act, Colorado Wage Claim Act, and Colorado Minimum Wage Act, as well as a breach of contract claim. [#1]. Plaintiff then filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) on July 2, 2015, after service of the Complaint but prior to any responsive pleading by Defendants. [#6]. The case was then closed. [#7].

Then, on January 28, 2016, DISH filed the current Petition to Vacate Clause Construction Arbitration Award [#8]. Because there is no open case, the Petition to Vacate Clause Construction Arbitration Award is improperly filed in this action. In addition, DISH has

1

identified, and this court has not found, any basis of jurisdiction to entertain the Petition in this action. *See Gaines v. Lawrence*, No. 07-3212-SAC, 2010 WL 3829467 (D. Kan. 2010) (finding no jurisdictional basis to reopen a case previously dismissed voluntarily). Instead, it appears more appropriate for DISH to initiate a new action should it wish to pursue the relief sought through the Petition to Vacate Clause Construction Arbitration Award**.**

Therefore, **IT IS ORDERED** that the Petition to Vacate Clause Construction Arbitration Award filed by Defendants DISH Network L.L.C. and Echosphere L.L.C. [#8] is **STRICKEN** and this action will **REMAIN CLOSED**.

DATED:  February 9, 2016                                BY THE COURT:

                                                                    s/ Nina Y. Wang
                                                                    United States Magistrate Judge